IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| KATHY WHITE, et al., ) <br> ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> SPRINT/UNITED MANAGEMENT ) <br> COMPANY, ) <br> ) <br>     Defendant ) <br> ) | CASE NUMBER 3-04-1156 <br> JUDGE TRAUGER <br> JURY DEMAND |

## MOTION TO AMEND COMPLAINT

Come now the Plaintiffs and Defendant in this matter and pursuant to Rule 15 of the Federal Rules of Civil Procedure move this Court to allow Plaintiffs to amend their Complaint to add additional individuals as named Plaintiffs so that a full, accurate and complete listing of all Plaintiffs numbering 600 in total will be as follows:

Victor S. Abdullah
Sherry R. Adams - Washington
Vivian A. Adams
Catherine Ann Ahlgrim
Sangogbemi Jabari Ajamu
Rashaud Alexander
Martha L. Ammons
David A. Arthur , II
Latica S. Atkins
Quincy C. Atkinson
Nabatiyah Bahar
Teresa C. Baker
Rebecca Sue Bales
Alicia K. Barbee

Alberta O. Barnes
Kelli Ann Bates
Shane Bean
Shawn T. Bean
Donnetta M. Beard
Debbie R. Beazley
Shameka R. Beech
James H. Bell
Jawana Patrice Bell
Joslin N. Bell
Latonya N. Bell
Shaneka Trenai Bell
Tahmarra R. Bell
Keith L. Benion
Linda F. Bessinger

Regina G. Billoups
LaRita Y. Bingham
Sterling K. Birdsong
Jan L. Blackmon
Sharron M. Blackstock
Jacqueline M. Blackwell
Buffy Blanton
Brian A. Bledsoe
Julius Boarden , Jr.
Darla Bolton
Ivan K. Bonner
Raeshon Botkin
Shannell Bowen
Leah Jeanean Boyle
Cynthia Brabson

| | | |
|---|---|---|
| Ingrid F. Bradley | Deitra Vernee Carter | Christopher N. Cutcliff |
| Priscellia Brady | Joyce S. Carthen | Finis L. Dailey |
| Mark K. Branch | Ray E. Casias | Jack C. Daniel , Jr. |
| Judith C. Brandon | Rolanda D. Cayton | Tom Ed Daniel |
| James E. Branhan , III | James Cessna | Sanquetta D. Dardy |
| Petrice L. Brannon | Christina Chalmers | Aaron Davis |
| Wendy M. Brannstrom | Henry Jarmaine Chambers | Armon R. Davis |
| Tammy G. Breward | Jacqueline C. Chandler | Carlos A Davis |
| Beverly J. Brewer - Bowens | Scott Cheuvront | Greg D. Davis |
| Susan Lee Brewer | Elizabeth Irene Christian | Jerry S. Davis , Jr. |
| Teresa Brewer | Francesta Racine Clark | Michelle Davis |
| Doris G. Broadwater | Madylin C. Clark | Michelle R. Davis |
| Kimberly D. Brock | Sharon D. Clark | Raymond D. Davis |
| Lisa Marie Brooks | Cheryl J. Coffey | Robin Daniell'e Davis |
| Tamara L. Brooks | Ramona J. Coger | Brenda Sue Day |
| Ann Brown | Che' Colbert | Jzon Dearing |
| April Y. Brown | Ashawn S. Cole | Tonya Y. DeShon |
| Linda P. Brown | Marlon O'Neil Cole | Diane M. Dickerson |
| Michael R. Brown | Laquanda Collins | Cindy Dixon -Gilbert |
| Tara N. Brown | Marcus Collins | Mattie Gwendolyn Dixon |
| Clifford Forrest Bryant ,III | Lisa Antionette Colquitt | Chevonda D. Doak |
| Clifford E. Bryant | Robert Lee Conley , Jr. | Aaron Dodson |
| Mark A. Bryant | Rhoda J. Connolly | Kimberly S. Dorris |
| Shantell Bryant | Miah S. Connor | Du'Juan M. Dowdy |
| Tawanda M. Bryant | Mia A. Cook | Dianne K. Driver |
| Sylvia Buchanan | Shanna D. Cook | Somalita Driver |
| Carole Buck | Constance L. Cooke | Leah H. Duke |
| Mac D. Buck | Lillie Christine Coppage | Kelvin Duncan |
| Debbie L. Buckingham | Maria N. Corder | Theresa Renee Duncan |
| Thomas E. Buckles | Marquenta M. Corder | Tana D. Dunlap |
| Beverly C. Burnett | Linda C. Corlew | Carl M. Easley |
| Angela Bush | Robert C. Cornelius | Cassandra Easley |
| Daryel M. Bush | Jaritha G. Cousin | Kevin Easley |
| Alycia Ann Smith Butler | Lorita Covington | Sheneka Edmonds |
| David Butler | Annie R Cowan | Maud D. Edmondson |
| Eric D. Butler | Patrina Y. Cox -Covington | Antonyo S. Ehiemua |
| Joyce Camp | Brian K. Crabtree | Enobong Asukwo Ekong, Jr. |
| Brenda G. Campbell | Deborah A. Crump | Lisa N. Elliott |
| Mieachelle S. Cannon | Amber M. Crutcher | Travis L. Ellis |
| Misty D. Cantrell | Anna M. Crutcher | Rodriguez R. Ellison |
| Patricia A. Carbonneau | Jo Nelle Crutcher | Vicky D. Epperson |
| Judy A. Cardwell | Charles D. Culton | Stephen M. Evans |
| Laura Marie Carmack | Leshandra Cummings | Teresa A. Evans |
| Stacy Leigh Carr | Roxanne Cunningham | Carolyn D. Ewing |
| | Alisha Currie | Deborah A. Ewing |
| | Charles W. Custer | |

2

Lolita A. Fagan
Tina R. Farris
Tanya R. Fears
Chandra P. Featherston
Robert A. Ferguson
Sandra K. Ferguson
Torrent Fields
Shanielle A. Finney
Carolyn Gail Fitzgerald
Kris Fitzgerald
Penny A. Fitzgerald
April J. Flansburg
Catherine K. Fleming
Timothy J. Floyd
Cindy M. Fort
Angelic G. Fredericks
Rachel D. Freeman
Dorethea French
Priscilla G. French
Sherman W. Frierson
Melvin H. Fulghum
Cheryl Denise Fuller
DeVon L. Gaither
Bertie J. Gardner
Lanier E. Gardner
Tim Garinger
Rodney Lenore Gholston
Shalla Gibson
Jenelle Gilbert
Luke Gillis
LaWon Gladney
Romona B. Glenn
Kathryn K. Glover
James Goad
Brandy J. Goins
Steven Brent Goins
Laketric R. Goodman
Rachel A. Goodson
Mealie W. Goodwin
Hattie M. Gordon
Lisa A. Gordon
Monica D. Gordon
Pamela Jean Gordon
Toccara A. Gould
Freddie Jean Graham
Joanne L. Grande

Starnesha Grant
Daphne N. Green
Robert Green
Vicki Green
Yulonda Green
Anita M. Gregory
Tiffany C. Grimes - Rodgers
Danette J. Griswold
Aaron M. Guess
Allen S. Gullett
Margaret Eileen Haddock
Bobbie Jane Hagewood
Kimberly R. Hale
Michele V. Hale
Jo Hall
Robert D. Hall
Deborah Faye Hambrick
Keisha Denise Hancock
Gregory A. Hanserd , Sr.
Holly Hardin
Kaykatita M. Hardison
Mai D. Harrell
Clinton C. Harris
Karen A. Harris
Monica Louise Harris
Sally J. Harris
V-D Harris
Demerice P. Harrison
Amanda V. Hatela
Autumn J. Hatter
Makisha Mayberry Hayden
Thementhia E. Haynes
Beverly Haywood
Mark B. Helton
Evelyn D. Henley
Mechico C. Hill
Richard T. Hill
Debra A. Hinkle
Jean Katinick Hobson - Gaines
Theresa A. Hodge
Andrea Holland
Jerry Holman
LaToya M. Holt

Patricia A. Holt
Tinny Holt
Gwendolyn P. Hopper
Veronica D. Horton
Nikki Y. Howard -Hicks
Sheril D. Howse
Carbreathia L. Huddleston
Kevin L. Hudson
Christopher L. Humphries
Pamela Y. Hutchinson
Abdu Muhammad Id-deen
Elizabeth Ivey
Elvie Jackson
Franziska Alisha Jackson
Lukecha Elizabeth Jackson
Robert B. Jackson
Shawn C. Jackson
Sheneka D. Jackson
Tracey Sluiter Jackson
Alice James
Michael E. Jarrett
Shaun R. Jeffries
Kathryn D. Jeter
Alanna M. Johnson
Carla M. Johnson -Thomas
Cindy J. Johnson
Clara P. Johnson
Cornelia R. Johnson
Eric Johnson
Latinya Johnson - Alexander
Michael E. Johnson
Tonya Johnson
Vonetta P. Johnson
Allietta Jones
Eternity S. Jones
Kimberly Lynn Jones
Lashawn A. Jones
Margaret Elizabeth Jones - Jawanza
Rachel Jones
Yukita Jones
Deon Jordan
Joyce A. Jorgensen
Vera J. Keele
Angela Keith

3

| | | |
|---|---|---|
| Deloris Kelley | Syreeta McAdoo | Kimberly Northern |
| Donquita L. Kelly | Sharon N. McAnally | James L. Nowlin |
| Stephanie Kennedy | Jacqueline D. McClarn | Mercedes C. Ochoa |
| Helen Rose Kepperling | Delois J. McClendon | Eric O'Dell |
| Lillian D. Kilcrease | Candace McCurry | Edna Margaret Oden |
| Shelia M King | Regina A. McDaniel | Joyce L. Ouellette |
| Shuntrell Monique King | Nena Yevette McGowen | Tonya L. Overton |
| Valarie W. Knight | Michael E. McKeehen | Angela R. Owens |
| Jason S. Kondik | Regina R. McKinney | Dorris Owens |
| Mary E. Lampkins | Michael F. McNeely | Jerron L. Owens |
| Gloria F. Lane | Keith L. McNeill | Keddi Owens |
| Victoria P. Lane | Patricia D. Medley | Steven S. Oxendale |
| Lerone Langston | Rita Meeker | Sean Lamont Page |
| Janice Lawrence | Shirley Meyer | Lula Janet Pannell |
| Tonasha D. Laws | Vellincia L. Middleton | Cheryl L. Parker |
| Amaryliss V. Lee | Brenda F. Miller | Sylvia B. Patton |
| Trevis C. Lenox | Dawn N. Minnifee | Erica Payne |
| Megan T. Lentz | Darlena Y. Minor | Jacqueline D. Peebles |
| Jeffrey Lewis | Constance F. Mitchell | Tracy Lynnita Pendergrass |
| Natasha A. Lewis | Kesha Mitchell | Grady L. Perdue |
| Tre'Bion Lindsay | Khadine M. Mitchell | Tina L. Perdue |
| Sharon Lee Lindsey | LaShanda M. Moore | Melanie Perry |
| Debra H. Lingle | Samantha L. Moore | Rashonda T. Phillips |
| Ranzy Lujuan Liverman | James T. Morris , Jr. | Shantra R. Phillips |
| Sedgewick Lloyd | Staci J. Moss | Stephanie Denise Phillips |
| Victoriah Lloyd | Tamara Moss | Barbara Plummer |
| Annie Lockridge | Annette D. Mozingo | Yolanda R. Poole |
| Tammy R. Lockridge | David C. Murphy , Jr. | Beverly R. Pope |
| Donna L. Loden | John Douglas Myers | Jana C. Pope |
| Felicia Love | Mandy Michelle Myers | Glenda F. Porter -Frasier |
| Debra L. Lundy | Pamela Jean Nally | Paul M. Poston |
| Sheree N. Lyle | Daisy Neal | Annie E. Potter |
| Warren MacFarland | Da'Von M. Neal | Cecil LaVerne Ramsey |
| Scott A. Madden | Kelly M. Nelson | Tonya L. Reed |
| Nadia B. Major | Vickie Nelson | Christina L. Reese |
| Catherine E. Majors | Chris B. Neubert | Leslie D. Renfroe |
| Sascha Mallard | Glenda C. Newbill | Shantoya L. Revels |
| Jevette Malone | Monike R. Newborn | Bryan Rice |
| Tonya M. Malone | Neal Newsom | Letitia E. Rice |
| Arnetta M. Maratty | Clinton A. Nichols | Joshua A. Richardson |
| Christopher Marsh | Nyla B. Nichy | Rochene Richardson |
| Margaret H. Martin | Dorinda M. Norfleet | Tonya R. Richardson |
| Rebecca E. Martin | Thomas J. Norman | Rukiya S. Richmond |
| Nina R. Massengill | Lamisha S. Norris | Marlena Riddick |
| Deirdre Matthews | Beverly F. Northern | Omayra Rivera |
| Demond Marcel Matthews | Chiquita Northern | Barbara Jean Robinson |

4

| | | |
|---|---|---|
| Damon A. Robinson | Leeartrous M. Smith | Colaina Townsend |
| John Rodgers | Moneta Smith | Montoya S. Townsend |
| Latonya D. Rodgers | Torry S. Smith | Lena K. Truett |
| Traci Rogers | Tabatha M. Snider | Janna G. Turbeville |
| Thomas F. Romanoff | Tarsha T. Sparkman | Ronald Turner , Jr. |
| Cathy M. Roseburr | Robert J. Spears | William Turner |
| Kathy Rote | Carolyn F. Stafford -Sanders | Cherry Tye |
| Joan Marie Rowen | Regina Y. Stafford | Deborah W. Usonegbu |
| Christopher J. Rucker | Jessica A. Stamps | Stacy Vance |
| Da'Mon T. Rucker | Beverly F. Stanton | Sarah J. Vick -Dixon |
| Lori M. Rucker | Maria Nicole Stem | Maragreat Patricia Vivrett |
| Markeesha L. Rucker | Casey D. Stephens | Shelia R. Wade |
| Patricia F. Rucker | Latres S. Stewart | Linda D. Wafer |
| Terressa Rucker | David L. Stipe | Marylyn P. Walden |
| John J. Rudin , III | Angela M. Stokes | Anthony D. Wallace |
| Anita M. Rudolph | Jennifer L. Stokes | Djuana R. Wallace |
| Cynthia L. Rudolph | Mary J. Stokes | Lawanda F. Waller |
| Sarah L. Russell | Tina M. Stoltz | Charles William Walsh |
| Tamesha Russell | Darlene Strayhorn | Cole Warren |
| Danielle Ryan | Catherine Sullivan | Crystal M. Washington |
| Alma Sanchez | June E. Sullivan | Kendrick Washington |
| Laura Sanchez -Slate | Jason D. Summers | Tatanisha Very Washington |
| Cheryl Sanders | Jimmy Summers | Wanda Waters |
| Valencia P. Sanders | Curtis Lee Sveinson | Talisa S. Watkins |
| Markita Sawyers | Angelia Swanson | Barbara J. Watson |
| Wanda Sawyers | Mary E. Sweat | Ron C. Watson |
| Todd Schlosser | Xaviera S. Sweat | Jamie Weber |
| Michael F. Scott | Shanika Talley | Erica White -Lanier |
| Roosevelt Scott | Tonya R. Talley | Kathleen T. White |
| Teresa A. Scruggs -Steele | Rebecca J. Tappy -Stewart | Tamara White |
| William A. Scruggs | Betteenia Taylor -Hillman | Dawn Kisshell Whitley |
| Felicia D. Seaborne | Chrissi Danielle Taylor | Beverly J. Wilkerson |
| Heather D. Secrest | Debbie A. Taylor | Beverly M. Williams |
| Zakiyya Shabazz | Evon Taylor , Jr. | Charles E. Williams |
| Reggie Shaw | Robert Taylor | Conya J. Williams |
| Susan D. Shaw | Terri L. Taylor | David Antonio Williams |
| Sarah Sherman | La Rondia Teasley | Erica L. Williams |
| Jeffrey Shores | Angel C. Thomas | Nekomise J. Williams |
| Mildred E. Simpson | Kathy Lynn Thomas | Elizabeth M. Wilson |
| Joanna Sloan | Kimberly Thomas | Jennifer Wilson |
| Brandilyn E. Smith | Richard L. Thomas , Jr. | Shatika S. Wilson |
| Constance T. Smith | Tina Thomas | Tracey L. Wilson -Sawyers |
| Dereck T. Smith | Rebecca H. Thompson | Zelda L. Wilson |
| Donna F. Smith | TamLa D. Thompson | Beverly G. Winchester |
| Janice M. Smith | Thomas Thorps | |
| Jeffrey Smith | | |

| | | |
|---|---|---|
| Mildred H. Wiser | Daymond S. Woods | Lance Wyss |
| Adreinne Witherspoon | Carmen Woodson | Catherine M. York |
| Jode Wonsey | Michael Brian Wooten | Latina L. Young |
| Holly F. Wood | Brenda S. Word | Victoria M. Young |
| Judith A. Woodall | Geraldine Wordlaw | Fredericka G. Zee |

All issues between Plaintiffs and Defendant have been resolved in accordance with a written Agreement entered into between the parties on September 21, 2005. As part of that Agreement, additional persons were to be added as named Plaintiffs in this suit. Inasmuch as several motions and agreed orders have been submitted to the Court containing the names of various Plaintiffs, the parties would offer to the Court the listing of names reflected in this Joint Motion as the full, complete and accurate listing of all named Plaintiffs, whose claims have been resolved.

Accordingly, the parties move the Court for permission to enter an order listing the individuals contained in this Motion as named Plaintiffs whose claims are asserted in this litigation.

Respectfully submitted,

s/ Patrick Johnson (With Permission)
Patrick Johnson (BPR # 007339)
Johnson, Scruggs & Barfield
95 White Bridge Road
Suite 508, Cavalier Building
Nashville, Tennessee 37205

s/ Michael Castellarin (With Permission)
Michael Castellarin (BPR # 012015)
Moody, Whitfield & Castellarin
95 White Bridge Road
Suite 509, Cavalier Building
Nashville, Tennessee 37205
Attorneys for Plaintiffs

s/ Karen L.C. Ellis_____
Karen L.C. Ellis (#09162)
Alonda W. McCutcheon (#22350)
Bass, Berry & Sims PLC
315 Deaderick Street, Suite 2700
Nashville, Tennessee 37238
(615) 742-6226
Attorneys for Defendant