IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| KATHY WHITE, et al., | ) | |
|---|---|---|
| Plaintiffs | ) | |
| v. | ) | NO. 3 04 1156 |
| | ) | Judge Trauger |
| SPRINT CORPORATION, | ) | |
| | ) | Jury Demand |
| Defendant | ) | |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

The parties, as evidenced by the signatures of their counsel of record appearing below, herewith advise the Court that all matters at issue between them have been resolved. Accordingly, all parties respectfully move the Court to enter an Order of Dismissal With Prejudice as attached to this Motion.

        Respectfully Submitted,

        s/Patrick Johnson (With Permission)
        Patrick Johnson, Esq. (#7339)
        Johnson, Scruggs & Barfield
        95 White Bridge Road, Suite 508
        Cavalier Building
        Nashville, Tennessee 37205
        (615) 352-8326

        s/Michael Castellarin (With Permission)
        Michael Castellarin, Esq.(#12015)
        Moody, Whitfield & Castellarin
        95 White Bridge Road, Suite 509
        Cavalier Building
        Nashville, Tennessee 37205
        (615) 356-8130

        Attorneys for Plaintiffs


                s/Karen L.C. Ellis
Karen L.C. Ellis (#9162)
Bass, Berry & Sims PLC
315 Deaderick Street, Suite 2700
Nashville, Tennessee 37238
(615) 742-6226
Attorneys for Defendant