IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| KATHY WHITE, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CASE NUMBER 3-04-1156 |
| ) | JUDGE TRAUGER |
| SPRINT/UNITED MANAGEMENT ) | JURY DEMAND |
| COMPANY, ) | |
| ) | |
| Defendant ) | |
| ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

As evidenced by the signatures of all counsel hereto, the parties advise the Court that all matters at issue between them have been resolved and the parties agree that the above-styled action may be dismissed with prejudice, therefore,

IT IS ORDERED, ADJUDGED AND DECREED that this cause of action be and hereby is dismissed with prejudice as to all named Plaintiffs.

Enter this the 2nd day of December, 2005.

_____
Judge Aleta A. Trauger

**APPROVED FOR ENTRY:**

s/Patrick Johnson (With Permission)
Patrick Johnson (BPR # 007339)
Johnson, Scruggs & Barfield
95 White Bridge Road, Suite 508
Cavalier Building
Nashville, Tennessee 37205